JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORA KENT, | ) | Case No. 2:22-cv-02638-RGK-ASx |
| Plaintiff(s), | ) | |
| | ) | ORDER DISMISSING ACTION FOR |
| vs. | ) | LACK OF PROSECUTION |
| SEAN KONG, ET AL., | ) | |
| Defendant(s). | ) | |

On August 25, 2022, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [10].  Plaintiff's response to the Order to Show Cause was due by September 7, 2022.  As of this date, no response has been filed to the Order to Show Cause.  Therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: September 9, 2022

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE